## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

MAX MEISNER,

      Plaintiff,

v.

BRIAN ASHTON, in his individual capacity
and official capacity as Supervisor for
Beaver Creek Township, and BEAVER CREEK
TOWNSHIP BOARD OF TRUSTEES,

      Defendants.

Case № 1:12-cv-15355-TLL-CEB
Hon. Thomas L. Ludington

---

**TODD H. NYE (P59301)**
NYE & ASSOCIATES, P.C.
Attorney for Plaintiffs
3975 W. Federal Hwy., Ste. 1
Roscommon, MI 48653
(989) 821-1225; Fax: (989) 821-1133
enotice@nyelaw.org

**GREGORY M. MEIHN (P38939)**
**SCOTT S. HOLMES (P66580)**
FOLEY & MANSFIELD, PLLP
Attorney for Defendants
130 E. 9 Mile Road
Ferndale, MI 48220
(248) 721-4200; Fax: (248) 721-4201
gmeihn@foleymansfield.com
sholmes@foleymansfield.com

---

## ORDER GRANTING EXTENSION OF TIME TO DEFENDANTS
## TO ANSWER PLAINTIFF'S COMPLAINT

      This matter having come before the Court upon the parties' stipulation, ECF No. 7, and the Court otherwise being fully informed in the premises;

      It is **ORDERED** that Defendants, Brian Ashton, in his individual capacity and official capacity as Supervisor for Beaver Creek Township, and Beaver Creek Township Board of Trustees, shall be granted a twenty (20) day extension as of the date of this Order in which to answer Plaintiff's Complaint.

Accordingly, Defendants' answer will be due no later than **January 18, 2013**.


Dated: December 28, 2012                                    s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 28, 2012.

s/Tracy A. Jacobs
TRACY A. JACOBS

---