UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MAX MEISNER,

    Plaintiff,

v.

BRIAN ASHTON, in his individual capacity
and official capacity as Supervisor for
Beaver Creek Township, and BEAVER CREEK
TOWNSHIP BOARD OF TRUSTEES,

    Defendants.

Case № 1:12-cv-15355-TLL-CEB
Hon. Thomas L. Ludington

| **TODD H. NYE (P59301)** | **GREGORY M. MEIHN (P38939)** |
|---|---|
| NYE & ASSOCIATES, P.C. | **SCOTT S. HOLMES (P66580)** |
| Attorney for Plaintiffs | FOLEY & MANSFIELD, PLLP |
| 3975 W. Federal Hwy., Ste. 1 | Attorney for Defendants |
| Roscommon, MI 48653 | 130 E. 9 Mile Road |
| (989) 821-1225; Fax: (989) 821-1133 | Ferndale, MI  48220 |
| enotice@nyelaw.org | (248) 721-4200; Fax: (248) 721-4201 |
| | gmeihn@foleymansfield.com |
| | sholmes@foleymansfield.com |

**ORDER GRANTING EXTENSION OF TIME TO DEFENDANTS
TO ANSWER PLAINTIFF'S COMPLAINT**

    This matter having come before the Court upon the parties' stipulation, ECF No.  7, and the Court otherwise being fully informed in the premises;

    It is **ORDERED** that Defendants, Brian Ashton, in his individual capacity and official capacity as Supervisor for Beaver Creek Township, and Beaver Creek Township Board of Trustees, shall be granted a twenty (20) day extension as of the date of this Order in which to answer Plaintiff's Complaint.

Accordingly, Defendants' answer will be due no later than **January 18, 2013**.

Dated: December 28, 2012         s/Thomas L. Ludington
                                 THOMAS L. LUDINGTON
                                 United States District Judge

> **PROOF OF SERVICE**
>
> The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 28, 2012.
>
>                    s/Tracy A. Jacobs
>                    TRACY A. JACOBS